**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-02242-KMT

FRED SHRADER,

      Plaintiff,

v.

FIRSTSOURCE ADVANTAGE, LLC, a New York limited liability company,

      Defendant.

---

### NOTICE OF SETTLEMENT

---

      COMES NOW the Plaintiff by and through his counsel of record and for his Notice of Settlement, hereby states:

1. The Plaintiff and the Defendant have reached a settlement.

2. The parties will be filing a Notice of Dismissal with Prejudice with each party to pay its own attorney's fees and costs once the settlement terms have been completed.

The parties expect this to happen by September 19, 2014.

Respectfully Submitted,

s/ David M. Larson

_____
David M. Larson, Esq.
88 Inverness Circle East, Suite E-102
Englewood, CO 80112
Telephone: (303) 799-6895
Attorney for the Plaintiff