IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02242-KMT

FRED SHRADER,

    Plaintiff,

v.

FIRSTSOURCE ADVANTAGE, LLC, a New York limited liability company,

    Defendant.

## NOTICE OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff by his undersigned attorney of record who hereby notifies the Court that the parties have settled this case and pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) hereby dismisses this case with prejudice and on the merits pursuant hereto with each party to pay his or its own attorney's fees and costs.

Dated: September 2, 2014.

                            Respectfully submitted,

                            _s/ David M. Larson_____
                            David M. Larson, Esq.
                            88 Inverness Circle East, Suite E-102
                            Englewood, CO 80112
                            (303) 799-6895
                            Attorney for the Plaintiff